Same case below, 593 F.3d 785.

**No. 09-1307. Mike M. Madani, et al., Petitioners v. Shell Oil Company, et al.**

561 U.S. 1007, 130 S. Ct. 3477, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5125.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 158.

**No. 09-1308. Martin Marietta Materials, Inc., et al., Petitioners v. City of Greenwood, Missouri.**

561 U.S. 1007, 130 S. Ct. 3477, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5021.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 299 S.W.3d 606.

**No. 09-1312. Sergei Portnoy, et ux., Petitioners v. United States, et al.**

561 U.S. 1007, 130 S. Ct. 3477, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5133.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1316. Tracy Brown, Sheriff, Tippecanoe County, Indiana, Petitioner v. Jeffrey Mark Olson.**

561 U.S. 1007, 130 S. Ct. 3478, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5178.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 594 F.3d 577.

**No. 09-1326. Kay Kim, Petitioner v. George F. Parker, et al.**

561 U.S. 1007, 130 S. Ct. 3479, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5148.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 373 Fed. Appx. 606.

**No. 09-1344. Richard M. Fischer, Petitioner v. Wisconsin.**

561 U.S. 1008, 130 S. Ct. 3480, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5024.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 322 Wis. 2d 265, 778 N.W.2d 629.

**No. 09-1347. Vera C. Harper, Petitioner v. United Services Automobile Association.**

561 U.S. 1008, 130 S. Ct. 3494, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5182.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 36 So. 3d 655.

**No. 09-1350. Crisell Seguin, Petitioner v. Circuit Court of Virginia, Fairfax County, et al.**

561 U.S. 1008, 130 S. Ct. 3480, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5003,

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.